**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**
**EAST ST. LOUIS DIVISION**

<table>
<tr><td>

GREGORY TAYLOR, individually and on behalf of all others similarly situated,

          Plaintiff,

   v.

THE PROCTER & GAMBLE COMPANY,

          Defendant.

</td>
<td>

Case No. 3:22-cv-01949 (DWD)

</td></tr>
</table>

**DEFENDANT THE PROCTER & GAMBLE COMPANY'S**
**MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT**

PLEASE TAKE NOTICE that Defendant The Procter & Gamble Company ("P&G") hereby moves: (1) to dismiss Plaintiff's Class Action Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim on which relief can be granted; and (2) to dismiss Plaintiff's request for injunctive relief for lack of standing pursuant to Federal Rule of Civil Procedure 12(b)(1). P&G seeks dismissal with prejudice and without leave to amend.

P&G's motion is based on this motion, the accompanying Memorandum of Law, and any further evidence or argument (including oral argument) the Court may invite P&G to present in connection with this motion.

WHEREFORE, P&G respectfully requests that the Court dismiss Plaintiff's Class Action Complaint with prejudice and without leave to amend.

Dated: December 27, 2022        Respectfully submitted,

FAEGRE DRINKER
BIDDLE & REATH LLP

/s/ Jeffrey S. Jacobson
Jeffrey S. Jacobson
Jeffrey.Jacobson@faegredrinker.com
1177 Avenue of the Americas, 41st Fl.
New York, New York 10036
(212) 248-3140

*Attorneys for Defendant*
*The Procter & Gamble Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 27, 2022, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to all

counsel of record.

/s/ Jeffrey S. Jacobson
Jeffrey S. Jacobson
Faegre Drinker Biddle & Reath LLP
1177 Avenue of the Americas, 41st Floor
New York, NY  10036
Telephone: (212) 248-3140
Facsimile: (212) 248-3141
Email: jeffrey.jacobson@faegredrinker.com

Attorney for Defendant
The Procter & Gamble Company