UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

EAST ST. LOUIS DIVISION

| | |
|---|---|
| GREGORY TAYLOR, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>- against -<br><br>THE PROCTER & GAMBLE COMPANY,<br><br>      Defendant. | 3:22-cv-01949-DWD |

  Plaintiff gives notice that this action is voluntarily dismissed. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: August 31, 2023

                  Respectfully submitted,

                  Sheehan & Associates, P.C.
                  /s/Spencer Sheehan
                  Spencer Sheehan
                  spencer@spencersheehan.com
                  60 Cuttermill Rd Ste 412
                  Great Neck NY 11021
                  Tel: (516) 268-7080

2

## Certificate of Service

I certify that on August 31, 2023, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ Spencer Sheehan