IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **GREGORY TAYLOR,** *individually and on behalf of all others similarly situated,* | )<br>)<br>)<br>) |
| **Plaintiff,** | ) Case No.: 3:22-cv-1949-DWD |
| vs. | )<br>) |
| **PROCTER & GAMBLE COMPANY,** | )<br>) |
| **Defendant.** | ) |

**JUDGMENT IN A CIVIL ACTION**

**DUGAN, District Judge:**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order of August 31, 2023 (Doc. 26), as well as the Notice of Voluntary Dismissal (Doc. 25), this action is **DISMISSED without prejudice** with each party to bear its own fees and costs.

IT IS SO ORDERED.

DATED: August 31, 2023

                                            MONICA A. STUMP, Clerk of Court

                                            *s/ Dana M. Winkeler*
                                            **Deputy Clerk**

**Approved:** *s/ David W. Dugan*
**David W. Dugan, U.S. District Judge**